67 A.3d 789

**Ralph MURRELL; Lawrence Bates; Sheree Byrd; Shaun Price; and Pamela Hameen**

v.

**PRISON HEALTH SERVICES, INC.; MHM Services, Inc.; Mental Health Management Services, Inc.; Mary Kay Dollard, CRNP; Thomas Holdbrook, M.D.; Michelle Crippen; LCSW and Elwood Braswell.**

**Petition of MHM Services, Inc.; Mary Kay Dollard; Michelle Crippen; Thomas Holdbrook.**

**No. 32 EM 2013.**

Supreme Court of Pennsylvania.

May 29, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2013, the Application for Extraordinary Relief is **DENIED.**